## FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

| | | FOR |
| IN THE CASE OF | VS  v.s. Picazo | S. Dist |
| | | AT  California |

**MAY 2 2008**

PERSON REPRESENTED (Show your full name)

▶ Esmeralda Picazo (1)

| | |
|---|---|
| 1 ☐ Defendant—Adult | DOCKET NUMBERS |
| 2 ☒ Defendant - Juvenile | Magistrate |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | 08MG1391 |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: Security First Self Storage.

IF YES, how much do you earn per month? $ 1,700.00

IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ 1,800.00

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ _____   SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 0.

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ 16,000.00 | F150 Ford 2002. |
| $ 14,000.00 | GMC Sierra 2002 |
| $ 7,000.00 | Motorcicle Raptor Honda. |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
- ☐ SINGLE
- ☒ MARRIED
- ☐ WIDOWED
- ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them: 3 minor children.

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Food. | | $ | $ 1,400.00 |
| Fuel | | $ | $ 400.00 |
| Insurance | | $ | $ 100.00 |
| Car Payments | | $ 39,000.00 | $ 950.00 |
| Motorcicle. | | | 250.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/2/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X _____

8CP