1 **SARA M. PELOQUIN**
California State Bar No. 254945
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Sara_Peloquin@fd.org

5 Attorneys for Ms. Picazo

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       )  Case No. 08MJ1391-01
   |                                 )
12 |                      Plaintiff, )
   |                                 )
13 | v.                              )
   |                                 )  **NOTICE OF APPEARANCE**
14 | **ESMERALDA PICAZO,**           )
   |                                 )
15 |                      Defendant. )
   |                                 )

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                        Respectfully submitted,

Dated: May 6, 2008                      /s/ *Sara Peloquin*
                                        **SARA M. PELOQUIN**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Ms. Picazo

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 6, 2008        /s/ *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Sara_Peloquin@fd.org