| | |
|---|---|
| 1 | Michael L. Crowley (117008) |
| | Attorney at Law |
| 2 | 550 West "C" Street, Suite 1960 |
| | San Diego, Ca. 92101 |
| 3 | (619) 444-8808 |
| 4 | Attorney for Defendant |

**FILED**
MAY 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATE DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Nita L. Stormes)

| UNITED STATE OF AMERICA, | ) | Case Nos.: 08mj1391 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF COUNSEL |
| ESMERELDA PICAZO, et al., (1) | ) | |
| Defendant. | ) | |

ESMERELDA PICAZO, Defendant herein substitutes MICHAEL L. CROWLEY as his attorney of record in the place of Sara Marie Peloquin, Federal Defenders.

DATED: 5/12/08

_Esmerelda Picazo_
ESMERELDA PICAZO, Defendant

The undersigned consents to the above substitution.

DATED: 5/12/08

_[signature]_
MICHAEL L. CROWLEY, Attorney at Law

DATED: 5/14/08

_[signature]_
SARA MARIE PELOQUIN, Attorney at Law

GOOD CAUSE APPEARING, IT IS SO ORDERED:

DATED: 5-15-08

_[signature]_
Hon. Nita L. Stormes
Judge, United States District Court