1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone: (619) 266-0389
3  Fax:            (619) 501-2493

4  Attorney for Material Witnesses

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | Criminal Case 08cr1555-BEN |
|     Plaintiff ) | | |
| ) | | |
| v. ) | | NOTICE OF MOTION; MOTION FOR |
| ) | | VIDEOTAPE DEPOSITION, |
| Esmeralda PICAZO (1) ) | | AND RELEASE OF MATERIAL |
| Manuel ZAMORA-Flores (2) ) | | WITNESSES; |
| Alberto LOPEZ-Martinez (3) ) | | |
| ) | | |
|     Defendant ) | | Hearing Date: June 26, 2008 |
| ) | | Time:            9:30 a.m. |
| ) | | Court:           F |
| _____ ) | | Judge:   Hon. Nita L. Stormes |

TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, CHRISTINA M. McCALL, ASSISTANT UNITED STATES ATTORNEY, MICHAEL L. CROWLEY ATTORNEY FOR DEFENDANT, ESMERALDA PICAZO, JEREMY D. WARREN ATTORNEY FOR DEFENDANT , MANUEL ZAMORA-FLORES, AND BARBARA M. DONOVAN ATTORNEY FOR DEFENDANT, ALBERTO LOPEZ-MARTINEZ . PLEASE TAKE NOTICE that on June 26, 2008, at 9:30 a.m. counsel will move this court for an order to take the deposition of the material witnesses EDILBERTO SANTANA-BEHENA  AND MARCO ANTONIO VIEIRA-PORTUGAL

**MOTION**

1   EDILBERTO SANTANA-BEHENA and MARCO ANTONIO VIEIRA-PORTUGAL,
2 through thier counsel, CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15,  8 U.S.C
3 Section 1324 (d) , 18 U.S.C. Section 3144, and 18 U.S.C. Section 3142, hereby moves this court
4 for an order to take their disposition by videotape.
5   This motion is based upon the accompanying points and authorities, the records in the
6 above-entitled case and all matters submitted to the court prior to the determination of this
7 motion.

9 Dated:  6/10/08                       /S/ Ciro Hernandez
                                                         CIRO HERNANDEZ
10                                                   Attorney for material witness

28                            08cr1555-BEN