1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:   (619) 266-0389
3  Fax:         (619) 501-2493

4  Attorney for Material Witnesses

5              **UNITED STATES DISTRICT COURT**

6           **SOUTHERN DISTRICT OF CALIFORNIA**

7

8  UNITED STATES OF AMERICA       )        Criminal 08cr1555-BEN
                                  )
9         Plaintiff               )
                                  )
10        v.                      )        CERTIFICATE OF SERVICE
                                  )
11  Esmeralda PICAZO (1)          )
    Manuel ZAMORA-Flores (2)      )
12  Alberto LOPEZ-Martinez (3)    )
                                  )
13        Defendants              )
   _____)

14

15

16        Counsel for material witnesses, Edilberto Santana-Behena and Marco Antonio Vieira-

   Portugal, certifies  that the foregoing motion, is true and accurate to the best of his  information
17
   and belief, and that a copy of the foregoing has been electronicly served this day upon.
18

19

20  Michael L Crowley mlcrowley@usa.net, lhaigler@sbcglobal.net

21  Jeremy D Warren jw@jwarrenlaw.com

22  Barbara M Donovan donovan2donovan@hotmail.com

23  Christina M McCall Christina.McCall@usdoj.gov, efile.dkt.gc1@usdoj.gov,
    ginger.stacey@usdoj.gov

24

25
    Dated: June 10, 2008              /S/ Ciro Hernandez
26                                    CIRO HERNANDEZ

27

28                                08cr1555-BEN