UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08CR1555 |
| | ) | 08MJ1391 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Esmerelda Picazo | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. (**Bond Posted** / Case Disposed / Order of Court).

Marco Antonio Viera-Portugal
Arrgn. 5-15-08

DATED: 6-16-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

**G. PERRAULT**