1  MICHAEL L. CROWLEY (117008)
   Attorney at Law
2  550 West "C" Street, Suite 1960
   San Diego, CA 92101
3  (619) 444-8808

4  Attorney for Defendant
       ESMERELDA PICAZO
5

6              UNITED STATES DISTRICT COURT

7             SOUTHERN DISTRICT OF CALIFORNIA
                  (Honorable Roger T. Benitez)
8

9  UNITED STATES OF AMERICA,         )
                                     )   Case Nos.: 08mj1391/08CR1555-BEN
10        Plaintiff,                 )
                                     )
11    v.                             )   ACKNOWLEDGMENT OF
                                     )   NEXT COURT DATE BY
12                                   )   DEFENSE
   ESMERELDA PICAZO (1), et al.,     )
13                                   )
          Defendant.                 )
14 _____    )

15      Defendants, ESMERELDA PICAZO and MANUEL ZAMORA-FLORES,

16 acknowledge the next court date in regard to the above-entitled case is as follows:

17 Evidentiary Hearing on Wednesday, September 10, 2008 at 9:30 a.m. before the

18 Honorable Roger T. Benitez.

19

20 DATED:   8/27/08              _____
                                 ESMERELDA PICAZO
21                               Defendant

22 DATED:   8/27/08              _____
                                 MANUEL ZAMORA-FLORES
23                               Defendant

24
   DATED:   8/27/08              _____
25                               Michael L. Crowley, Esq.
                                 Attorney for ESMERELDA PICAZO
26
   DATED:   8/27/08              _____
27                               Jeremy D. Warren, Esq.
                                 Attorney for MANUEL ZAMORA-FLORES
28