# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos.: 08mj1391/08CR1555-BEN |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ESMERELDA PICAZO (1), et al., ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, MICHAEL L. CROWLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 550 West "C" Street, Suite 1960, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of the following document(s):

**ACKNOWLEDGMENT OF NEXT COURT DATE BY DEFENSE**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Office of the U.S. Attorney, Efile.dkt.gc2@usdoj.gov**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**NONE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2008.

      /s/ Michael L. Crowley
      MICHAEL L. CROWLEY, ESQ.