1  MICHAEL L. CROWLEY (117008)
   Attorney at Law
2  550 West "C" Street, Suite 1960
   San Diego, CA 92101
3  (619) 444-8808

4  Attorney for Defendant
   ESMERELDA PICAZO
5

6              UNITED STATES DISTRICT COURT

7            SOUTHERN DISTRICT OF CALIFORNIA
                (Honorable Roger T. Benitez)
8

9  UNITED STATES OF AMERICA,         )
                                     )   Case Nos.: 08mj1391/08CR1555-BEN
10        Plaintiff,                 )
                                     )
11  v.                               )   ACKNOWLEDGMENT OF
                                     )   NEXT COURT DATE BY
12                                   )   DEFENSE
    ESMERELDA PICAZO (1), et al.,    )
13                                   )
          Defendant.                 )
14

15       Defendants, ESMERELDA PICAZO and MANUEL ZAMORA-FLORES,

16  acknowledge the next court date in regard to the above-entitled case is as follows:

17  Evidentiary Hearing on Wednesday, September 17, 2008 at 9:30 a.m. before the

18  Honorable Roger T. Benitez.

19

20  DATED:    9/8/08                        /s/ Esmerelda Picazo
                                            ESMERELDA PICAZO
21                                          Defendant

22  DATED:    9/8/08                        /s/ Manuel Zamora
                                            MANUEL ZAMORA-FLORES
23                                          Defendant

24
    DATED:    9/8/08                        /s/ Michael L. Crowley
25                                          Michael L. Crowley, Esq.
                                            Attorney for ESMERELDA PICAZO
26
    DATED:    9/8/08                        /s/ Jeremy D. Warren
27                                          Jeremy D. Warren, Esq.
                                            Attorney for MANUEL ZAMORA-FLORES
28